# EXHIBIT A

**ESC Fulfillment Agreement**

This ESC Fulfillment Agreement ("Agreement") contains the terms and conditions that apply to Devolver Digital Inc.'s  use of the ESC Fulfillment Service ("Service"). "We", "Our" and "ESC" mean ESC-Toy, Ltd., a New York corporation with offices at 6280 S. Valley View Blvd. Suite 232, Las Vegas, NV 89118,  and  "You" and "Your" GHI Media LLC., (d.b.a. Devolver Digital)a Delaware corporation with offices at 3267 Bee Caves Road, #107, Box 63, Austin, TX 78746. By signing this Agreement below, You are agreeing to be bound by the terms of this Agreement.

WHEREAS, You wish to engage ESC as Your exclusive fulfillment Service and a non-exclusive merchandise producer for Your worldwide sales and distribution, and ESC wishes to act as Your exclusive fulfillment Service and non- exclusive merchandise producer for Your worldwide sales and distribution.

NOW THEREFORE, in consideration of the mutual promises contained herein, and for other good and valuable consideration, receipt of which is hereby acknowledged, we agree as follows:

1.  **The Term.**  ESC shall act as Your exclusive fulfillment Service and non-exclusive merchandise producer throughout the world for an initial term of three (3) years commencing upon Your acceptance of this Agreement, which term shall be renewed for successive one year renewal terms, unless and until one party provides the other with at least thirty (30) days written notice of its election to terminate this Agreement after the end of the previous term.

2.  **Intellectual property ownership declaration.** You agree, warrant and represent that You either own or have licensed from the lawful rights owners all right, title and interest in and to Your products ("Products"), including all patent, copyright, trademark, service mark, mask work, trade secret and other intellectual property or proprietary rights therein.

3.  **Collaboration Products.**  In case we collaborate on the design and production of any products ("Collaboration Products"), You agree, warrant and represent that You either own or have licensed from the lawful rights owners all right, title and interest in and to all the elements that You contribute the collaboration on the creation of such Collaboration Products, including without limitation all applicable patent, copyright, trademark, service mark, mask work, trade secret and other intellectual property or proprietary rights therein.

4.  **Grant of Limited License.** In order to offer the use of the Service to You, we will need, and You hereby grant ESC, a limited-use license, throughout the world, which allows us to use, host, and render available Your Products, Collaboration Products, Your name, digital images from Your product, and other materials in conjunction with Your products. This limited license is used solely to help You market and sell Your Products, including

Collaboration Products, and will be terminated when You cancel Your use of the Services as set forth above.

5. **Marketing**. You agree, warrant and represent that You shall use good faith efforts to market Your Products, Collaboration Products and the store which is managed and fulfilled by ESC via internet and social media.

6. **Member Account:** We will establish on the limited run.com website a unique password-protected account access area that will include information about Your account, such as contact and payment information, inventory, inventory reporting, sales history, specific customer information, Our payments to You, and Our service fees. It is Your responsibility to protect Your password. ESC will not be responsible for unauthorized disclosure, except those caused by Our gross negligence.

7. **Payment for Services.** You acknowledge that the Service is a fee-based service, and that You will be obligated to pay in full the applicable ESC fees, which are subject to change from time to time upon thirty (30) day prior notice, provided that in case of price increase, if you are not satisfied with the new pricing, you shall have the right to cancel this agreement upon 30 days written notice to ESC. These fees include a per-transaction fee for every order we process for You. Our current fee schedule is set forth in Schedule 1 below. All fees incurred will be automatically deducted from the fee received by ESC from the sale of Your Products and Collaboration Products.

8. **Remittances to You.** We will reconcile accounts quarterly by totaling all revenues generated from sale of Your Products and Collaboration Products, after subtracting any and all applicable fees. We will remit any proceeds to You within 30 days of the end of every quarter by electronic wire, PayPal or any other method offered by us at the time. A quarterly report setting forth the number of orders, the fees deducted, and the sum total due to You will be included with payment to You.

9. **Returns to You and Disposal.** You may, at any time, request that Your Products be returned to you. We may return Your Products to you for any reason, including upon termination of these Service Terms. If ESC elects to terminate this agreement, We shall return all unsold Product to You and shall pay for all shipping costs in connection therewith. If You elect to terminate this agreement, We shall return all unsold Product to You and You shall pay for all shipping costs in connection with therewith. These returned shipments will be sent to your designated shipping address. If we have an outdated, incorrect or international address for you, or if we cannot make arrangements for you to pay for the return shipment, the Products(s) will be deemed abandoned and we may elect to dispose of the Products(s) as provided herein. ESC's exclusive right to sell the remainder of all Collaboration Products shall survive the termination of this Agreement. In addition, You shall have the right, at any time, to request in writing that we dispose of Your Products. We may dispose of any Products we are entitled to dispose of in the manner we prefer. Title to each disposed Product will transfer to us at no cost to us as necessary for us to dispose of the Product, and we will retain all proceeds, if any, received from the disposal of any Product.

10.     **Risk of Loss.** All items purchased from ESC by customers are made pursuant to a shipment contract. This means that risk of loss and title for such items pass to the customer upon delivery to the carrier. ESC shall add insurance to shipping costs for loss items in post.

11.     **Refunds, Reversals, Charge-Backs; Customer Returns and Replacements**. In the event a purchaser returns a defective product, if such product was produced by a party other than ESC and/or its assigns and licensees, we will make a deduction from Your account in an amount equal to the order amount, plus fees incurred by us and any restock and/or re-billing fees, as the case may be, minus all taxes (including transaction taxes). In addition, for replacements in the case of defective products, You agree to bear the cost of re-shipping replacement products, as applicable, to customers. In the event a purchaser returns a defective product that was produced by ESC and/or its assigns and licensees, we will be solely responsible for either refunding the purchaser or shipping another product at ESC's sole costs and expense. In addition, in the event a purchaser returns a product that got damaged while in transit but was not a defective product, ESC will be solely responsible for either refunding the purchaser or shipping another product at ESC's sole costs and expense.

12.     **INTENTIONALLY DELETED.**

13.     **Inventory.** Insofar as we are concerned, You will at all times retain legal ownership to Your Products and ESC will retain legal ownership for all Collaboration Products. For any Products You sell through the Service, the delivery of inventory to Our designated warehouse will be at Your expense.  For replacements to customers in the case of damaged products or failed shipments, in each case due to ESC actions, ESC agrees to forego its Commission and to remit the entire fee received from customer only net of third party shipping and payment processing fees. In case of Collaboration Products, where ESC handles the design and production of the product and has not been fully compensated for this service, we reserve the right to sell the remaining inventory under terms and conditions we determine necessary to recoup Our outstanding expenses.

14.     **Inventory Report.** You acknowledge that the inventory data provided in real-time from the limited run is estimated. The actual quantity may be different due to time gap of orders in process and reconciling returns and replacements. From time-to-time, we will audit the inventory at Our warehouse and update the inventory data accordingly.

15.     **Taxes.** You will be responsible for determining and paying any and all federal, state, and local taxes You may owe on the sales processed through Our services. Our remittances to You will include all applicable sales and transaction taxes. Should we be required to pay any such taxes on Your income, the amount of such taxes and all related interest, fines, or penalties, if any, shall become immediately due and payable to ESC. Further, You agree that if additional taxes in the nature of an excise, sales or use tax are imposed on ESC in connection with the service provided to You, the burden of such taxes shall be Your responsibility. ESC shall have the right to collect and pay over taxes in the

nature of an excise, sales, or use tax on Your behalf or on account of its own sales of products if reasonably required to do so by a taxing authority of competent jurisdiction and shall further have the right to recover from You the amount of any such taxes and related penalties and interest, if any, from fees otherwise due to You.

**16.    Service Interruption.** We will endeavor to maintain Our service up-time interruption-free as much as possible. Occasionally there will be service interruptions due to factors beyond Our control, including factors that are inherent to computer systems, software, Internet communication, electrical supply, and other systems we depend on to bring You the service. From time-to-time, we may need to interrupt the service in order to perform regularly scheduled maintenance or make upgrades to the system. ESC will not be responsible any lost sales or presumed lost sales during these service interruptions. We shall inform You in writing at least five (5) business days in advance of any scheduled maintenance or upgrades to the system that will effect Your sales.

**17.    Insurance.** You agree to obtain necessary insurance to cover all inventory housed at ESC or its fulfillment partners. ESC will not cover this inventory in case of loss or destruction. ESC recommends that You obtain coverage under Your own insurance policy for the replacement cost of products.

**18.    Warranties & Representations.** You warrant and represent that: (a) You have the authority to enter into this Agreement; (b) You have obtained all clearances and consents required (i) for the sale and other use of Your Products and Collaboration Products in the Services, and/or (ii) for the exercise by ESC of the licenses granted hereunder, including, without limitation, all clearances and consents required from rights holders, if any, in connection with Your Products and Collaboration Products; (c) the sale or other use of Your Products and Collaboration Products will not violate or infringe the rights of any third party(ies); (d) the sale or other use of Your Products and Collaboration Products will not require payment by ESC to any third party(ies); and (e) Your Products and Collaboration Products will not violate any law or regulation.

**19.    Indemnification.** You agree to indemnify, defend and hold ESC and Our affiliates (and the respective employees, directors and representatives of each) harmless from and against any and all third party claims, judgments, damages and expenses (including without limitation reasonable outside attorneys' fees) arising out of any breach or alleged breach by You of any of the warranties, representations, undertakings, or agreements made by You under this Agreement. In the event You receive notice from a third party challenging Your rights in any of Your Products and Collaboration Products, You shall immediately notify us in writing of such a claim. It will be at Our sole discretion whether to keep or remove the product in question from Our service. If we decide to remove the product, repositioning of the product back into the Service is not guaranteed. Any revenues generated from the sale may be withheld until a binding settlement or judgment is reached between You and the claimant, and specific instructions are provided to us by a competent authority regarding dispersing funds.

20.     **Disclaimers, Exclusions, and Limitations.**

(a) <u>**DISCLAIMER OF WARRANTIES.**</u> ESC PROVIDES THE SERVICE ON AN "AS IS" AND "AS AVAILABLE" BASIS. ESC DOES NOT REPRESENT OR WARRANT THAT THE SERVICE OR ITS USE: (i) WILL BE UNINTERRUPTED, OR (ii) WILL BE FREE OF INACCURACIES OR ERRORS, ESC MAKES NO WARRANTIES, AND HEREBY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY AND NON-INFRINGEMENT.

(b) <u>**EXCLUSION OF DAMAGES.**</u> ESC WILL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY CONSEQUENTIAL, INCIDENTAL, INDIRECT, PUNITIVE OR SPECIAL DAMAGES (INCLUDING DAMAGES RELATING TO LOST PROFITS, LOST DATA OR LOSS OF GOODWILL) ARISING OUT OF, RELATING TO OR CONNECTED WITH THE USE OF THE  SERVICE, BASED ON ANY CAUSE OF ACTION, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

(c) <u>**LIMITATION OF LIABILITY.**</u> EXCEPT FOR A BREACH OF A PARTY'S REPRESENTATIONS AND WARRANTIES UNDER THIS AGREEMENT OR IN CONNECTION WITH YOUR INDEMNITY OBLIGATIONS UNDER THIS AGREEMENT, IN NO EVENT WILL THE LIABILITY OF EITHER PARTY IN CONNECTION WITH THIS AGREEMENT EXCEED THE GREATER OF (i) THE AMOUNT PAID OR PAYABLE BY ESC TO YOU DURING THE SIX MONTHS IMMEDIATELY PRECEDING THE EVENT THAT GIVES RISE TO SUCH LIABILITY OR (ii) $1000.

21.     **No guarantee of success.** We do not guarantee any success or predictable outcome from the use of the Services.

22.     **Amendment to this agreement and notice of changes.** We reserve the right to change the terms and conditions contained in this Agreement upon sixty (30) day prior written notice, or any policies or guidelines governing the Service, at any time and in Our sole discretion, provided that you shall have the right to cancel this agreement upon 30 days written notice to ESC if you are not satisfied with the new terms and conditions.

23.     **Privacy Policy.** It is ESC's standard policy to never sell purchasers' information or the Service's content providers' information to third parties.  Certain information about the purchasers of Your products will be made available to You. You agree to use this information only for Your own marketing purposes. Without limitation, You may not (a) sell or provide the information to a third party; (b) use the information for purposes of sending emails regarding services or products not related to Your Products; or (c)

automatically subscribe customers to a mass mailing except that You may send an initial email allowing the customer to opt-in to such a subscription.. The ESC privacy policy may be updated or changed at ESC's  discretion, and will be deemed within 30 days of being communicated to You.

**24.     Governing Law**: Any claim or dispute arising out of or in connection with this Agreement shall be governed by laws of the State of Nevada applicable to agreements deemed entered into and wholly performed therein.  Each party grants to the State and Federal courts located in Los Vegas, Nevada, exclusive jurisdiction to hear any claim or dispute arising out of this Agreement.

**25.     Miscellaneous.** We may sublicense the rights granted to us hereunder to Our affiliates or to any third party designated or engaged by us and acting on Our behalf for purposes of fulfilling Our obligations under this Agreement; provided, however, that we will remain ultimately liable for compliance with Our obligations under this Agreement. You may not assign any of Your rights or obligations under this Agreement other than to a financially responsible party acquiring all or a majority of your assets and assuming all of your obligations and liabilities in writing. Neither party to this Agreement shall be deemed an agent, partner, joint venturer, or related entity of the other by reason of this Agreement. The failure of either party to enforce any provision of this Agreement will not constitute a waiver of the party's right to subsequently enforce that provision. Any waivers granted hereunder are effective only if recorded in writing and signed by the party granting such waiver. If any provision of this Agreement is determined by any court or governmental authority to be unenforceable, the remainder of this Agreement shall continue in full force and effect, and the unenforceable provision shall be replaced by a provision that most closely meets the commercial intent of the parties. Provisions of this Agreement which, by their nature or sense, are intended to survive termination of this Agreement, will survive termination of this Agreement. We may freely assign this Agreement or any rights or obligations hereunder, provided that ESC shall remain primarily liable for the obligations hereunder.  This Agreement constitutes the entire agreement of the parties relating to the subject matter of this Agreement.

**IN WITNESS WHEREOF**, the parties have duly executed this Agreement on the date first set forth above.

| | |
|---|---|
| **ESC-Toy, Ltd** | **Devolver Digital Inc.** |
| By: _____ | By: _____ |
| Name/Title: | Name/Title: _Harry Miller /President_ |
| Erick Scarecrow/President | |

SCHEDULE 1

**Commission for selling Your Products.** Twenty percent (20%) commission ("Commission") of any sale for every physical item of Your Products sold though ESC Service net of all shipping and handling charges, credit card, pay pall or any other processing fees incurred in fulfilling the order.

**Commission for selling Collaboration Products.** Fifty percent (50%) commission ("Commission") of any sale for every physical item of Collaboration Products sold though ESC Service net of all shipping and handling charges, credit card, Pay Pal or any other processing fees incurred in fulfilling the order.

Shipping postage is dependent on package size and weight and will be billed to You by deducting the postage fee off the gross receipts received by us from the sale of Your Products or Collaboration Products respectfully prior to calculating our Commission.

Odd-shaped, oversized, and/or overweight items may have an additional fee determined by size and weight examination by an ESC agent.

**Warehousing.** There will be no monthly warehousing fee for any inventory of Your Products or Collaboration Products held at our primary warehouse location in Los Vegas, however, if we need any additional temporary storage facilities to store Your Products, we will advise you promptly of the additional fees to be incurred and you will be billed a monthly fee to cover such costs.

**ESC-Toy, Ltd**

By: _____
Name/Title:    Erick Scarecrow/President

Date:    04/30/15

**Devolver Digital Inc.**

By: _____
Name/Title: _Harry Miller / President_

Date: _4-30-15_