AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>**Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Western District of Texas - Austin Division____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-00248 | DATE FILED<br>2/2/2026 | U.S. DISTRICT COURT<br>Western District of Texas - Austin Division |
|---|---|---|
| PLAINTIFF<br><br>DEVOLVER DIGITAL, INC. | | DEFENDANT<br>ESC TOY LTD., and ERICK CHATEL |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  4892741 | January 26, 2016 | Devolver Digital, Inc. |
| 2  5435833 | April 3, 2018 | Devolver Digital, Inc. |
| 3  5127112 | January 24, 2017 | Devolver Digital, Inc. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 05/14/2026 - ORDER GRANTING MOTION TO TRANSFER TO USDC OF NEVADA - LAS VEGAS DIVISION, entered by Judge Pitman |

| CLERK<br>Philip J. Devlin | (BY) DEPUTY CLERK | DATE<br>05/14/2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**