Leah A. Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com

Frank Felder Sommers, Esq.
SOMMERS LAW PC
227 Princeton Avenue
Mill Valley, California 94941
Telephone: (415) 308-4004
ffs@sommerslawpc.com

Paul J. Steiner, Esq.
580 California Street, 12th Floor
San Fransico, California 94104
paul@sfpaulaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DEVOLVER DIGITAL, INC.,

      Plaintiff(s),

v.

ESC-TOY, LTD., et al.,

      Defendant(s).

Case No.: 2:26-cv-01534-APG-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Paul J. Steiner_____, Petitioner, respectfully represents to the Court:

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____Law Offices of Paul J. Steiner_____

with offices at _____580 California Street, 12th Floor,_____

_____San Francisco,_____ , _____California_____ , _____94104_____ ,

_____(415) 981-6100_____ , _____paul@sfpaulaw.com_____ .

2.    That Petitioner has been retained personally or as a member of the law firm by _____ESC-TOY, LTD. and ERICK CHATEL aka ERICK SCARECROW_____ to provide legal representation in connection with the above=entitled case now pending before this Court.

3.    That since _____1967_____ , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of _____California_____ where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| All California Courts | 1967 | 41117 |
| Eighth Judicial Dist.Court, Clark County | 2026 | CA 41117 |
| United States Supreme Court | 1983 | N/A |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> None

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (state "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/26/25 | | JP Morgan Chase v. Bezalel,et al. Eighth Judicial District Court, Clark County, Nevada (Dept. 15) Case No.: A-25-912366-B | Granted |
| 12/26/25 | | JP Morgan Chase v. ESC-Toy, Ltd, et al. Eighth Judicial District Court, Clark County, Nevada (Dept. 13) Case No.: A-22-852607-C (These Chase cases partially consolidated) | Granted |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Paul Steiner*

_____
Petitioner's signature

STATE OF __NEVADA__ )
                                        )
COUNTY OF CLARK____ )

Paul J. Steiner, Esq., Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Paul Steiner*

_____
Petitioner's signature

Subscribed and sworn to before me this

__17__ day of June, 2026.

*Vanessa A.*
_____
Notary Public or Clerk of Court

Notarized online using audio-video communication technology

| |
|---|
| Vanessa Alvarado
Electronic Notary Public
State of Nevada
Commission #: 24-4833-01
Commission Expires: 09/27/2028 |

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Leah A. Martin, Attorney at Law, member of the state of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Address: 601 South Rancho Drive, Suite C26, Las Vegas, Nevada 89106

Email: lmartin@leahmartinlv.com

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulation binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Leah A. Martin as his/her/their designated Resident Nevada Counsel in this case.

_____
Party's signature

Erick Chatel
_____
Type or print party's name, title

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel Signature

7982                          Lmartin@leahmartinlv.com
_____
Bar Number                    Email Address

APPROVED:

Dated this __18th__ day of June, 2026.

_____
UNITED STATES DISTRICT JUDE