Leah A. Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com

Paul J. Steiner, Esq.
(Pro Hac Vice)
580 California Street, 12th Floor
San Fransico, California 94104
paul@sfpaulaw.com

Frank Felder Sommers, Esq.
(Pro Hac Vice)
SOMMERS LAW PC
227 Princeton Avenue
Mill Valley, California 94941
Telephone: (415) 308-4004
ffs@sommerslawpc.com

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DEVOLVER DIGITAL, INC., Plaintiff, | Case No. 2:26-cv-01534-APG-BNW |
| v. | **DECLARATION OF ERICK CHATEL IN SUPPORT OF DEFENDANTS/COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO DISMISS (ECF NO. 43)** |
| ESC-TOY, LTD. and ERICK CHATEL, Defendants. | |
| ESC-TOY, LTD. and ERICK CHATEL, Counterclaimans, | |
| v. | |
| DEVOLVER DIGITAL, INC., TYZ LAW GROUP PC, JONATHAN DOWNING, and DOES 1 – 100, Counterdefendants. | |

**DECLARATION OF ERICK CHATEL IN SUPPORT OF DEFENDANTS/COUNTERCLAIMANTS' OPPOSITION TO PLAINTIFF'S SPECIAL MOTION TO DISMISS (ECF NO. 43)**

I, Erick Chatel, declare as follows:

1. I am the Owner and President of Defendant/Counterclaimant ESC-Toy, Ltd. and a Defendant/Counterclaimant in this action. I am known professionally as Erick Scarecrow. I

make this declaration in support of Defendants/Counterclaimants' Opposition to Plaintiff's Special Motion to Dismiss. I have personal knowledge of the matters stated below and, if called to testify, could and would testify competently to them.

2.   I own and operate the @erickscarecrow accounts on X and on Instagram, and the erickscarecrow@gmail.com email account. I received the platform notices and communications described below at that email account, and I maintain them in the ordinary course of my business.

3. **Exhibit A** is a true and correct copy of the Digital Millennium Copyright Act takedown notices submitted against my accounts, as transmitted to me by the platforms: three notices to X dated February 25–27, 2026 (X reference numbers LEGAL-2180824, LEGAL-2187988, and LEGAL-2193769), and four notices to Instagram dated February 28 through March 7, 2026 (Instagram Report Nos. 888673880626127, 1429003978674145, and 1966934600867290, and a further notice dated February 28, 2026). Each identifies Devolver Digital, Inc. as the rights owner and Jonathan Downing of Tyz Law Group PC as the submitting agent.

4.   The posts and content identified in Exhibit A were removed from my accounts upon the platforms' receipt of the notices, and my Instagram account was disabled, during the period described in the Opposition.

5. **Exhibit B** is a true and correct copy of the email I received from Instagram on March 10, 2026, restoring my account following counter-notification and review, stating that my account's activity "does follow our Terms of Use on intellectual property" and that "we got this wrong."

6. **Exhibit C** is a true and correct copy of the March 12, 2026 email from Devolver's counsel refusing to withdraw the notices and stating that Devolver "will continue to enforce its intellectual property rights as it sees fit," which my counsel received and provided to me, and which I maintain in my records. [COUNSEL: strike this paragraph if Exhibit C is authenticated in the counsel declaration instead.]

7. **Exhibit D** is a true and correct copy of the January 27, 2025 email I received from Dennis Wedin of Dennaton Games stating, among other things, "Whatever agreement you have with Devolver I don't know."

8. **Exhibit E** is a true and correct copy of excerpted pages from my copy of Devolver: Behind the Scenes — Business and Punk Attitude (Third Editions 2019), consisting of the title and copyright pages and pages 54–61, 99–106, 101, 148, 186, 194, 196, 198, and 213.

9.   **Exhibit F** is a true and correct copy of screenshots I captured of (a) the official hotlinemiami.com website promoting the "Erick Scarecrow x Dennaton" collaboration and directing customers to "Visit DEVOLVER DIGITAL for official merch," captured on [DATE], and (b) Devolver's 2023 "Holiday Special" featuring ESC's collaboration figures, captured on [DATE]. [SCREENSHOTS TO BE INSERTED.]

**10. Exhibit G** is a true and correct copy of the November 4, 2021 GameSpot article "Sony Takes 5% Stake In Devolver, Which Has Gone Public," as printed from gamespot.com.

**11.    Exhibit H** is a true and correct copy of page 26 of the "LIFETIME COLLABORATIONS" catalog filed by Devolver in this action as Document 11-3, showing retail packaging credited "FIGURE DESIGNS BY DENNIS WEDIN, JONATAN SÖDERSTRÖM &amp; ERICK SCARECROW," excerpted for the Court's convenience from the docketed original.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2026

___/s/Erick Chatel_____

Dated: July 21, 2026

Respectfully submitted,

**LEAH MARTIN LAW**
By: /s/ *Kevin Hejmanowski*_____
Leah A. Martin (NV Bar No. 7982)
Kevin Hejmanowski (NV Bar No. 10612)
Frank Sommers (Pro Hac Vice pending)
Paul J. Steiner (Pro Hac Vice)
Attorneys for Defendants/Counterclaimants
ESC-Toy, Ltd. and Erick Chatel

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____

An Employee of Leah Martin Law