Leah A. Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com

Paul J. Steiner, Esq.
(Pro Hac Vice)
580 California Street, 12th Floor
San Fransico, California 94104
paul@sfpaulaw.com

**Attorneys for Defendants**
**ESC-Toy, Ltd. and Erick Chatel**

Frank Felder Sommers, Esq.
(Pro Hac Vice)
SOMMERS LAW PC
227 Princeton Avenue
Mill Valley, California 94941
Telephone: (415) 308-4004
ffs@sommerslawpc.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVOLVER DIGITAL, INC.,<br>Plaintiff,<br><br>v.<br><br>ESC-TOY, LTD. and ERICK CHATEL,<br>Defendants.<br>───────────────────────────<br>ESC-TOY, LTD. and ERICK CHATEL,<br>Counterclaimans,<br><br>v.<br><br>DEVOLVER DIGITAL, INC., TYZ LAW<br>GROUP PC, JONATHAN DOWNING, and<br>DOES 1 – 100,<br>Counterdefendants | **Case No. 2:26-cv-01534-APG-BNW**<br><br>**STIPULATION AND ORDER**<br>**EXTENDING TIME FOR**<br>**DEFENDANTS TO FILE**<br>**OPPOSITION TO PLAINTIFF'S**<br>**MOTION TO DISMISS**<br>**COUNTERCLAIMS (ECF NO. 44)**<br><br>**(FIRST REQUEST)**<br><br>Chief Judge Andrew P. Gordon<br>Magistrate Judge Brenda Weksler |

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Devolver Digital, Inc. and Defendants ESC-Toy, Ltd. and Erick Chatel, by and through their respective counsel of record, stipulate as follows:

1. Devolver filed its Motion to Dismiss Defendants' Counterclaims on July 7, 2026. ECF No. 44. Under LR 7-2(b), Defendants' opposition was due July 21, 2026. Defendants did not file an opposition by this date.

2. Defendants claim that their opposition, together with a supporting declaration under Fed. R. Civ. P. 56(d) and objections to Plaintiff's request for judicial notice, was completed and transmitted to Defendants' Nevada counsel for filing before the deadline on July 21, 2026. That evening, Defendants filed their opposition to Plaintiff's special motion to dismiss and a supporting declaration. ECF Nos. 52, 53. Defendants further claim that through inadvertence in the course of that same-day, multi-document electronic filing, the opposition to ECF No. 44 and the two companion documents were not filed.

3. Defendants claim that they discovered the omission on July 22, 2026, upon review of Plaintiff's Notice of Non-Opposition, ECF No. 55, and requested this stipulation the same day. Defendants claim that the failure to file before the deadline expired was the result of excusable neglect within the meaning of Fed. R. Civ. P. 6(b)(1)(B) and LR IA 6-1(a): the documents were complete before the deadline, the delay is one day, and the omission was a filing error, not a litigation decision.  Attached as **<u>Exhibit A</u>** is a sworn declaration from Defendants' counsel setting forth the basis for their excusable neglect in missing the July 21, 2026 deadline to file an opposition to Plaintiff's motion to dismiss.

4. This is Defendants' first request to extend this deadline. No trial date or scheduling order deadlines are affected; the Court's scheduling conference remains set for July 27, 2026. ECF No. 51.

5. The parties therefore stipulate, subject to the Court's approval, that: (a) Plaintiff does not oppose Defendants' request for extension, (b) if the Court agrees Defendants' declaration complies with  LR IA 6-1(a) and establishes excusable neglect, Defendants may file the version of their Opposition to Plaintiff's Motion to Dismiss Counterclaims (ECF No. 44), the Rule 56(d) Declaration of Paul J. Steiner, and Defendants' Objections to Plaintiff's Request for Judicial Notice as they existed and were transmitted on July 21 as confirmed by the declaration, and each will be deemed timely filed; (b) Plaintiff may file a supplemental reply in support of ECF No. 44 within seven (7) days after the opposition is filed; and (c) no party waives any argument or position, on the merits or otherwise, except any objection to the timeliness of the filings identified in subsection (a).

6.    Defendants represent that this stipulation is entered in good faith and not for purposes of delay.

DATED this 23rd day of July, 2026.

LEAH MARTIN LAW

By: /s/ *Kevin Hejmanowski*
LEAH A. MARTIN, ESQ.
Nevada Bar No. 7982
KEVIN HEJMANOWSKI, ESQ.
Nevada Bar No. 10612
FRANK F. SOMMERS, ESQ. (*pro hac vice*)
PAUL J. STEINER, ESQ. (*pro hac vice*)
*Attorneys for Defendants*

TYZ LAW GROUP PC

By:/s/ *Chieh Tung*
CHIEH TUNG, ESQ. (*pro hac vice*)
RYAN TYZ, ESQ. (*pro hac vice*)
CIARA MCHALE, ESQ. (*pro hac vice*)
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _____

Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Elizabeth Traynor*
An employee at Leah Martin Law

# EXHIBIT A

# EXHIBIT A

## DECLARATION OF KEVIN HEJMANOWSKI

I, Kevin Hejmanowski, declare:

1. I am local Nevada counsel for Defendants ESC-Toy, LLC and Erick Chatel ("Defendants") in *Devolver Digital, Inc. v. ESC-Toy, Ltd.,* Case No. 2:26-cv-01534-APG-BNW filed with the United States District Court, District of Nevada.

2. I have personal knowledge of the facts set forth in my declaration and could testify about them if called upon to do so.

3. On July 7, 2026, Devolver Digital, Inc. ("Plaintiff") filed its Motion to Dismiss Defendants' Counterclaims (ECF No. 44). Defendants' Opposition was due on July 21. 2026.

4. Defendants Opposition, together with a supporting declaration pursuant to FRCP 56(d), and objections to Plaintiff's request for judicial notice, were completed and transmitted to Leah Martin Law for filing before the July 21, 2026 deadline.

5. On the evening of July 21, 2026, Defendants also filed their Opposition to Plaintiff's Special Motion to Dismiss Counterclaims (ECF Nos. 52 and 53).

6. Through inadvertence in the course of that same-day, multi-document electronic filing, Defendants' Opposition to Plaintiff's Motion to Dismiss Counterclaims (ECF No. 44) and two companion documents were not filed.

7. The omissions were discovered the next day when Plaintiff filed its Notice of Non-Opposition (ECF No. 55). Plaintiff's counsel agreed to allow Defendants to file their Opposition and the two companion documents on July 23, 2026.

8.      Pursuant to FRCP (6)(1)(B) and LR IA 6-1(a), excusable neglect exists.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on this 23 day of July, 2026.

/s Kevin Hejmanowski_____
Kevin Hejmanowski, Esq.



Vanessa Alvarado <valvarado@leahmartinlv.com>

## Devolver v. ESC Toy

**Vanessa Alvarado** <valvarado@leahmartinlv.com>                    Thu, Jul 23, 2026 at 1:08 PM
To: Chieh Tung <chieh@tyzlaw.com>
Cc: Kevin Hejmanowski <khejmanowski@leahmartinlv.com>, Leah Martin <lmartin@leahmartinlv.com>, Aivan Villamayor <avillamayor@leahmartinlv.com>, "Frank Sommers (Other)" <ffs@sommerslawpc.com>, Paul Steiner <paul@sfpaulaw.com>, Ryan Tyz <ryan@tyzlaw.com>, Keith Williams <kwilliams@kcnvlaw.com>, Ciara McHale <ciara@tyzlaw.com>, Elizabeth Wycoff-Traynor <ewycoff-traynor@leahmartinlv.com>

Hi Chieh,

I updated the Stipulation as requested.

Thank you,

*Vanessa Alvarado*



Legal Assistant
**LEAH MARTIN LAW**
Las Vegas, NV - (702) 420-2733
Phoenix, AZ - (480) 535-8797
Reno, NV - (775) 710-3500
http://www.leahmartinlaw.com

**Privileged And Confidential Communication.**

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

  Please consider the environment before printing this email

[Quoted text hidden]

 **2026.07.23 Stip.pdf**
367K



**Vanessa Alvarado <valvarado@leahmartinlv.com>**

## Devolver v. ESC Toy

**Chieh Tung** <chieh@tyzlaw.com>                      Thu, Jul 23, 2026 at 1:11 PM
To: Vanessa Alvarado <valvarado@leahmartinlv.com>
Cc: Kevin Hejmanowski <khejmanowski@leahmartinlv.com>, Leah Martin <lmartin@leahmartinlv.com>, Aivan Villamayor <avillamayor@leahmartinlv.com>, "Frank Sommers (Other)" <ffs@sommerslawpc.com>, Paul Steiner <paul@sfpaulaw.com>, Ryan Tyz <ryan@tyzlaw.com>, Keith Williams <kwilliams@kcnvlaw.com>, Ciara McHale <ciara@tyzlaw.com>, Elizabeth Wycoff-Traynor <ewycoff-traynor@leahmartinlv.com>

You may append my signature and file. Thanks.



**Chieh Tung**
Tyz Law Group PC

✆ 415.326.8333

✉ chieh@tyzlaw.com

🌐 tyzlaw.com

DISCLAIMER: This email message is intended only for the use of the addressee(s) named above. This message may be an attorney-client communication and as such include privileged, confidential information and/or attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this message in error, please notify us immediately by email and take the steps necessary to delete the message completely from your computer system

**From:** Vanessa Alvarado <valvarado@leahmartinlv.com>
**Sent:** Thursday, July 23, 2026 1:08 PM
**To:** Chieh Tung <chieh@tyzlaw.com>
**Cc:** Kevin Hejmanowski <khejmanowski@leahmartinlv.com>; Leah Martin <lmartin@leahmartinlv.com>; Aivan Villamayor <avillamayor@leahmartinlv.com>; Frank Sommers (Other) <ffs@sommerslawpc.com>; Paul Steiner <paul@sfpaulaw.com>; Ryan Tyz <ryan@tyzlaw.com>; Keith Williams <kwilliams@kcnvlaw.com>; Ciara McHale <ciara@tyzlaw.com>; Elizabeth Wycoff-Traynor <ewycoff-traynor@leahmartinlv.com>

[Quoted text hidden]

[Quoted text hidden]