## DECLARATION OF KEVIN HEJMANOWSKI

I, Kevin Hejmanowski, declare:

1.      I am local Nevada counsel for Defendants ESC-Toy, LLC and Erick Chatel ("Defendants") in *Devolver Digital, Inc. v. ESC-Toy, Ltd.,* Case No. 2:26-cv-01534-APG-BNW filed with the United States District Court, District of Nevada.

2.      I have personal knowledge of the facts set forth in my declaration and could testify about them if called upon to do so.

3.      On July 7, 2026, Devolver Digital, Inc. ("Plaintiff") filed its Motion to Dismiss Defendants' Counterclaims (ECF No. 44).  Defendants' Opposition was due on July 21. 2026.

4.      Defendants Opposition, together with a supporting declaration pursuant to FRCP 56(d), and objections to Plaintiff's request for judicial notice, were completed and transmitted to Leah Martin Law for filing before the July 21, 2026 deadline.

5.      On the evening of July 21, 2026, Defendants also filed their Opposition to Plaintiff's Special Motion to Dismiss Counterclaims (ECF Nos. 52 and 53).

6.      Through inadvertence in the course of that same-day, multi-document electronic filing, Defendants' Opposition to Plaintiff's Motion to Dismiss Counterclaims (ECF No. 44) and two companion documents were not filed.

7.      The omissions were discovered the next day when Plaintiff filed its Notice of Non-Opposition (ECF No. 55).  Plaintiff's counsel agreed to allow Defendants to file their Opposition and the two companion documents on July 23, 2026.

8.      Pursuant to FRCP (6)(1)(B) and LR IA 6-1(a), excusable neglect exists.

I declare under the penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on this 23 day of July, 2026.

/s Kevin Hejmanowski_____
Kevin Hejmanowski, Esq.