Leah A. Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
LEAH MARTIN LAW
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com

Frank Felder Sommers, Esq.
(Pro Hac Vice)
SOMMERS LAW PC
227 Princeton Avenue
Mill Valley, California 94941
Telephone: (415) 308-4004
ffs@sommerslawpc.com

Paul J. Steiner, Esq.
(Pro Hac Vice)
580 California Street, 12th Floor
San Fransico, California 94104
paul@sfpaulaw.com

**Attorneys for Defendants**
**ESC-Toy, Ltd. and Erick Chatel**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEVOLVER DIGITAL, INC.,
Plaintiff,

v.

ESC-TOY, LTD. and ERICK CHATEL,
Defendants.

---

ESC-TOY, LTD. and ERICK CHATEL,
Counterclaimans,

v.

DEVOLVER DIGITAL, INC., TYZ LAW GROUP PC, JONATHAN DOWNING, and DOES 1 – 100,
Counterdefendants

**Case No. 2:26-cv-01534-APG-BNW**

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS (ECF NO. 44)**

**(FIRST REQUEST)**

Chief Judge Andrew P. Gordon
Magistrate Judge Brenda Weksler

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Devolver Digital, Inc. and Defendants ESC-Toy, Ltd. and Erick Chatel, by and through their respective counsel of record, stipulate as follows:

1. Devolver filed its Motion to Dismiss Defendants' Counterclaims on July 7, 2026. ECF No. 44. Under LR 7-2(b), Defendants' opposition was due July 21, 2026. Defendants did not file an opposition by this date.

2. Defendants claim that their opposition, together with a supporting declaration under Fed. R. Civ. P. 56(d) and objections to Plaintiff's request for judicial notice, was completed and transmitted to Defendants' Nevada counsel for filing before the deadline on July 21, 2026. That evening, Defendants filed their opposition to Plaintiff's special motion to dismiss and a supporting declaration. ECF Nos. 52, 53. Defendants further claim that through inadvertence in the course of that same-day, multi-document electronic filing, the opposition to ECF No. 44 and the two companion documents were not filed.

3. Defendants claim that they discovered the omission on July 22, 2026, upon review of Plaintiff's Notice of Non-Opposition, ECF No. 55, and requested this stipulation the same day. Defendants claim that the failure to file before the deadline expired was the result of excusable neglect within the meaning of Fed. R. Civ. P. 6(b)(1)(B) and LR IA 6-1(a): the documents were complete before the deadline, the delay is one day, and the omission was a filing error, not a litigation decision. Attached as **Exhibit A** is a sworn declaration from Defendants' counsel setting forth the basis for their excusable neglect in missing the July 21, 2026 deadline to file an opposition to Plaintiff's motion to dismiss.

4. This is Defendants' first request to extend this deadline. No trial date or scheduling order deadlines are affected; the Court's scheduling conference remains set for July 27, 2026. ECF No. 51.

5. The parties therefore stipulate, subject to the Court's approval, that: (a) Plaintiff does not oppose Defendants' request for extension, (b) if the Court agrees Defendants' declaration complies with LR IA 6-1(a) and establishes excusable neglect, Defendants may file the version of their Opposition to Plaintiff's Motion to Dismiss Counterclaims (ECF No. 44), the Rule 56(d) Declaration of Paul J. Steiner, and Defendants' Objections to Plaintiff's Request for Judicial Notice as they existed and were transmitted on July 21 as confirmed by the declaration, and each will be deemed timely filed; (b) Plaintiff may file a supplemental reply in support of ECF No. 44 within seven (7) days after the opposition is filed; and (c) no party waives any argument or position, on the merits or otherwise, except any objection to the timeliness of the filings identified in subsection (a).

6. Defendants represent that this stipulation is entered in good faith and not for purposes of delay.

DATED this 23rd day of July, 2026.

LEAH MARTIN LAW

By: /s/ *Kevin Hejmanowski*
LEAH A. MARTIN, ESQ.
Nevada Bar No. 7982
KEVIN HEJMANOWSKI, ESQ.
Nevada Bar No. 10612
FRANK F. SOMMERS, ESQ. (*pro hac vice*)
PAUL J. STEINER, ESQ. (*pro hac vice*)
*Attorneys for Defendants*

TYZ LAW GROUP PC

By:/s/ *Chieh Tung*

CHIEH TUNG, ESQ. (*pro hac vice*)
RYAN TYZ, ESQ. (*pro hac vice*)
CIARA MCHALE, ESQ. (*pro hac vice*)
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

Dated: July 27, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE