RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

KEITH D. WILLIAMS, No. 10796
kwilliams@kcnvlaw.com
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Telephone: 702.792.7000
Facsimile: 702.796.7181

Attorneys for Plaintiff
Devolver Digital, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVOLVER DIGITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ESC-TOY, LTD. and ERICK CHATEL,<br><br>Defendants. | Case No: 2:26-cv-01534-APG-BNW<br><br>**DECLARATION OF CHIEH TUNG IN SUPPORT OF PLAINTIFF DEVOLVER DIGITAL, INC.'S NOTICE REGARDING SCHEDULING ORDER** |
| ESC-TOY, LTD. and ERICK CHATEL,<br><br>Counterclaimants,<br><br>v.<br><br>DEVOLVER DIGITAL, INC., TYZ LAW GROUP PC, JONATHAN DOWNING, and DOES 1-100,<br><br>Counterdefendants, | |

I, Chieh Tung, declare and state as follows:

1. I am counsel at Tyz Law Group PC. I represent Plaintiff Devolver Digital, Inc. ("Devolver") in this action. I submit this Declaration in Support of Devolver's Notice Re Scheduling Order. I have personal knowledge of the facts stated herein, and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and accurate copy of an email thread between me and Mr. Ryan Tyz, counsel for Devolver, and Mr. Paul Steiner, counsel for Defendants, containing emails sent between July 27 and July 31, 2026, with relevant portions highlighted.

3. Attached as **Exhibit B** is a true and accurate copy of an email I sent on July 29, 2026 to counsel for Defendants, with relevant portions highlighted. The remaining emails are duplicative of emails contained in Exhibit A.

4. Attached as **Exhibit C** is a true and accurate copy of an email thread between me and Mr. Frank Sommers, counsel for Defendants, consisting of emails sent between July 31 and August 1, 2026, with relevant portions highlighted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2026.

*/s/Chieh Tung*
Chieh Tung