JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
ANDREW P. DUNNING, ESQ.
Nevada Bar No. 13864
ASHLEY D. BURKETT, ESQ.
Nevada Bar No. 15185
**LBC LAW GROUP**
723 South 7th Street
Las Vegas, Nevada 89101
Ph.: (702) 608-3030
Fax: (702) 463-4443
Info@LBCLawgroup.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEVOLVER DIGITAL, INC.,

Plaintiff,

v.

ESC-TOY, LTD., and ERICK CHATEL

Defendants.

Case No.: 2:26-cv-01534-APG-BNW

**STIPULATION TO SUBSTITUTE ATTORNEYS**

The Defendants, ESC-TOY, LTD. and Erick Chatel, hereby substitutes John C. Courtney, Esq., Andrew P. Dunning, Esq. and Ashley Burkett, Esq. of LBC Law Group, 723 South 7th Street, Las Vegas, NV 89101; (702) 776-3333, as resident attorney of record in place a of record in place and instead Leah A. Martin, Esq., and Kevin Hejmanowski, Esq. of Leah Martin Law. This stipulation to substitute attorneys is submitted pursuant to LR IA 11-6(c).

DATED this 21 day of August, 2026

[signature]
ESC-TOY, LTD.

[signature]
ERICK CHATEL

I consent to the above substitution.

DATED this 19 day of August, 2026

LEAH A. MARTIN, ESQ.
Nevada Bar No. 7982
KEVIN HEJMANOWSKI, ESQ.
Nevada Bar No. 10612
601 S. Rancho Drive. Suite C26
Las Vegas, Nevada 89106
*Attorney for Defendants*

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 21 day of August, 2026

JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
723 South 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendants*

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: August 26, 2026

UNITED STATES MAGISTRATE JUDGE