RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

KEITH D. WILLIAMS, No. 10796
kwilliams@kcnvlaw.com
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Telephone: 702.792.7000
Facsimile: 702.796.7181

Attorneys for Plaintiff
Devolver Digital, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEVOLVER DIGITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ESC-TOY, LTD. and ERICK CHATEL,<br><br>Defendants. | Case No: 2:26-cv-01534-APG-BNW<br><br>**DECLARATION OF CHIEH TUNG IN SUPPORT OF PLAINTIFF DEVOLVER DIGITAL, INC.'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR SANCTIONS FOR VIOLATING THE COURT'S ORDER (DKT NO. 57)** |
| ESC-TOY, LTD. and ERICK CHATEL,<br><br>Counterclaimants,<br><br>v.<br><br>DEVOLVER DIGITAL, INC., TYZ LAW GROUP PC, JONATHAN DOWNING, and DOES 1-100,<br><br>Counterdefendants, | |

I, Chieh Tung, declare and state as follows:

1. I am counsel at Tyz Law Group PC. I represent Plaintiff Devolver Digital, Inc. ("Devolver") in this action. I submit this Declaration in Support of Devolver's Motion for Leave to Supplement Motion for Sanctions for Violating the Court's Order (Dkt. 57). I have personal knowledge of the facts stated herein, and if called to testify could and would competently testify thereto.

2. Devolver did not receive service from Defendants of any discovery responses or document production on August 21, 2026. As of the filing of this declaration, Defendants have not served responses to Devolver's First Set of Interrogatories to Defendant ESC-Toy or to Devolver's First Set of Requests for Production to Defendant Erick Chatel and have not produced any documents as ordered by the Court on July 23, 2026 (Dkt. 57).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2026.

*/s/Chieh Tung*
Chieh Tung